**DISMISS; and Opinion Filed September 18, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00650-CV

**CHARLES PARKHURST, Appellant**
**V.**
**ELAINE PARKHURST, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-55335-07**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Fillmore and Stoddart
Opinion by Justice Fillmore

On September 15, 2015, the parties filed a joint motion to dismiss. The parties state they

have "reached a full and final resolution of the matter." Accordingly, we **GRANT** the parties'

motion and **DISMISS** the appeal. *See* TEX. R. APP. P. 42.1(a)(1).


/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE

150650F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

CHARLES PARKHURST, Appellant

No. 05-15-00650-CV        V.

ELAINE PARKHURST, Appellee

On Appeal from the 219th Judicial District Court, Collin County, Texas,
Trial Court Cause No. 219-55335-07.
Opinion delivered by Justice Fillmore,
Chief Justice Wright and Justice Stoddart participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement between the parties, it is **ORDERED** that appellee ELAINE PARKHURST recover her costs of this appeal from appellant CHARLES PARKHURST.

Judgment entered this 18th day of September, 2015.